### ROBISON v. STATE.   (No. 5901.)

(Court of Criminal Appeals of Texas. Oct. 20, 1920.)

Appeal from Travis County Court; D. J. Pickle, Judge.

J. W. Robison was convicted for refusing to dip his cattle, and appeals. Reversed, and cause dismissed.

Hart & Patterson, of Austin, for appellant.
Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted for refusing to dip his cattle and fined $25.

The main question in the case relied upon has been disposed of favorably to appellant in Ex parte Leslie, 223 S. W. 227. Under the decision in that case we feel that it is unnecessary to discuss at length the issues involved. That case was thoroughly considered, and upon review of it we have seen no reason to change our opinion.

The judgment will be reversed, and the cause dismissed.